# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:14-CR-00061-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HOLLY COWAN, | ) |
| Defendant, | ) |
| and | ) |
| OLD NAVY LLC, | ) |
| Garnishee. | ) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment (Doc. 4) filed in this case against Defendant Holly Cowan is DISMISSED.

Signed: November 1, 2016

Richard L. Voorhees
United States District Judge

1